No. 474. El Pueblo *v.* Ortiz.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 21, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. José de J. Tizol.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 477. El Pueblo *v.* Rivera.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre · 22, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. José de J. Tizol.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 471. El Pueblo *v.* Dávila.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se ordene a la corte inferior que apruebe la exposición del caso. Resuelto en octubre 23, 1912. Denegada la moción. Abogado del apelante: *Sr. Ramón S. Pesquera.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 451. El Pueblo *v.* González et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del apelante para que se reclame a la Corte inferior la exposición del caso. Resuelto en octubre 23, 1912. Denegada la moción. Abogado de los apelantes: *Sr. Manuel F. Rossy* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 904. Santos *v.* Franco et al.—Apelación procedente de la Corte de Distrito de San Juan. Moción del apelado para que se desestime la apelación. Resuelto en octubre 23, 1912. Denegada la moción por no alegarse la causa en que se funda la demanda de desahucio en este caso. Abogados del apelado: *Sres. Bosch y Soto.* Abogado de los apelantes: *Sr. Pedro González.*